# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

NOTICE OF APPEARANCE

-v-

Joseph Patillo

**Defendant.**

Docket Number :

Judge : Block

Date : 12/28/11

PLEASE NOTICE, that I have been RETAINED by Joseph Patillo the above named defendant. I was admitted to practice in this district on 1988.

**Signature :** [signature]
**Print Name :** James R. Froccup, Jr.
**Bar Code :** JRFESQ61 at aol.com
**Office Address :** 20 Vanderwater Ave Suite 103W/
Port Washington, NY 11050
**Telephone # :** 516-944-5062

\*\*\* NOTICE TO ATTORNEY \*\*\*

\*\*Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.