## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Viktor V. Pohorelsky          **DATE :**   1/3/12

DOCKET NUMBER:   11CR791(FB)          LOG #:   2:34- 2:37

DEFENDANT'S NAME :   Joseph Petillo
   ✓ Present    ___ Not Present    ___ Custody    ✓ Bail

DEFENSE COUNSEL :   Scott Leemon
   ___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A:   Walter Norkin          DEPUTY CLERK :   Felix Chin

INTERPRETER : _____ (Language) _____

____ Hearing held. _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop _____

____ Order of Speedy Trial entered.   Code Type_____   Start_____   Stop _____

____ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS:   Bond revoked. Order of detention entered.