**JAMES R. FROCCARO, JR.**
**Attorney at Law**
**20 Vanderventer Avenue, Suite 103W**
**Port Washington, NY 11050**
**telephone: (516) 944-5062**
**fax: (516) 944-5066**
**email: JRFESQ61@aol.com**

January 4, 2012

BY ECF
Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Joseph Petillo
11 Cr 791 (FB)

Dear Judge Block:

I recently filed a Notice of Appearance on behalf of Joseph Petillo in the case.  I write to notify Your Honor that I have a potential conflict of interest.  In this regard, it is my understanding that a witness for the government against Mr. Petillo may be an individual whom I represented briefly in the past, named Reynold Maragni.

Prior to filing my Notice of Appearance for Mr. Petillo, I spoke to the government about this issue and it was agreed that the conflict was waivable so long as Mr. Petillo understood, among other things, that I would be prohibited from cross-examining or commenting upon Mr. Maragni at trial, and that alternate counsel would be needed for that specific purpose.

1

Scott Leemon, Esq, who also represents Mr. Petillo and has no conflict of interest, has discussed this issue with Mr. Petillo.  Mr. Petillo is prepared to provide Your Honor with a waiver in accordance with the procedures set forth in <u>United States v. Curcio</u>, 680 F.2d 881 (2d Cir. 1982), if the Court's calendar permits, at the status conference presently scheduled for 2:30 p.m. this Friday.

Respectfully yours,

/JRF/

James R. Froccaro, Jr.

JRF:tp