

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/AL
F.#2011R01745

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 11, 2012

<u>By Federal Express and ECF</u>

Scott E. Leemon, Esq.
Law Offices of Scott Leemon, PC
140 East 45th Street
20th Floor
New York, NY 10017

       Re:  United States v. Joseph Petillo
            <u>Criminal Docket No. 11-791 (FB)</u>

Dear Mr. Leemon,

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.  This discovery supplements the material provided to you by the government by letters dated November 7, 2011 and December 22, 2011.  The government also renews its prior requests for reciprocal discovery from the defendant.

      As the government advised in its letter dated November 7, 2011, the government is in possession of two cellular telephones that were seized from the defendant's residence on the day of his arrest.  Following the seizure of the telephones, the government obtained a search warrant to search those telephones.  Copies of the affidavit filed in support of the search warrant and the warrant are enclosed.  Also enclosed are two compact disks containing the results of the search.

      Please also find enclosed the "Inmate Quarters History" for inmates Vincent Badalamenti and the defendant.



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/AL
F.#2011R01745

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 11, 2012

By Federal Express and ECF

Scott E. Leemon, Esq.
Law Offices of Scott Leemon, PC
140 East 45th Street
20th Floor
New York, NY 10017

    Re:  United States v. Joseph Petillo
          Criminal Docket No. 11-791 (FB)

Dear Mr. Leemon,

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. This discovery supplements the material provided to you by the government by letters dated November 7, 2011 and December 22, 2011. The government also renews its prior requests for reciprocal discovery from the defendant.

    As the government advised in its letter dated November 7, 2011, the government is in possession of two cellular telephones that were seized from the defendant's residence on the day of his arrest. Following the seizure of the telephones, the government obtained a search warrant to search those telephones. Copies of the affidavit filed in support of the search warrant and the warrant are enclosed. Also enclosed are two compact disks containing the results of the search.

    Please also find enclosed the "Inmate Quarters History" for inmates Vincent Badalamenti and the defendant.