UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : **NOTICE OF APPEARANCE** |
| -against- | : |
| | 11 Cr. 791 (FB) |
| JOSEPH PETILLO, | : |
| Defendant. | : |

---------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned hereby appears as co-counsel for defendant Joseph Petillo in the above-entitled matter.

Dated: New York, New York
        January 13, 2012

                                  /s/    Gerald J. McMahon
                                Gerald J. McMahon    (GM 4314)
                                *Co-Counsel for Defendant Joseph Petillo*
                                The Standard Oil Building
                                26 Broadway, 18th Floor
                                New York, New York 10004
                                (212) 797-1877
                                (212) 797-1419 (fax)
                                gm@geraldjmcmahon.com

To: All Counsel
      (by ECF)

doc116